UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPER MARIO PLUMBING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>OLEG BELODEDOV, et al.,<br><br>Defendants. | No. 2:17-cv-02545-TLN-AC<br><br>ORDER |

The matter was referred to a United States Magistrate Judge pursuant to E.D.Cal. R. 302(c)(19).

On November 15, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 37.) Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 15, 2018, (ECF No. 37) are adopted in full;

2. Defendants' motion to set aside default (ECFD No. 28) is GRANTED and Plaintiffs'

1

motion for default judgment (ECF No. 25) is DENIED as moot.

3. Defendant is ordered to file a proper answer within 14 days of this order.

Dated: January 25, 2019

Troy L. Nunley
United States District Judge